IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DARRELL TYRONE HENDERSON,**
**AIS # 250606,**                                  :

    **Plaintiff,**                                  :

**vs.**                                             :    **CIVIL ACTION 07-00167-CG-B**

**STATE OF ALABAMA, et al.,**                      :

    **Defendants.**                                :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(I) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

**DONE and ORDERED** this 12th day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE